FILED

OCT 1 0 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) S1 – 4:19 CR 00291 RWS/JMB |
| | ) |
| DEANDRE MOORE and | ) |
| DERON MITCHELL, JR., | ) |
| | ) |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 6, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE MOORE AND
DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2017 Hyundai Veloster, VIN#KMHTC6AD7HU304919, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about September 6, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

### DEANDRE MOORE and
### DERON MITCHELL, JR.,

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT THREE

The Grand Jury further charges that:

On or about November 4, 2018, in the City of St. Louis, within the Eastern District of Missouri,

### DEANDRE MOORE and
### DERON MITCHELL, JR.,

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2004 Pontiac GTO, VIN#6G2VX12GX4L246650, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT FOUR

The Grand Jury further charges that:

On or about November 4, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**DEANDRE MOORE and
DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

The Grand Jury further charges that:

On or about November 4, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE MOORE and
DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2010 Chevrolet Camaro, VIN#2G1FK1EJ6A9130327, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

## COUNT SIX

The Grand Jury further charges that:

On or about November 4, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

### DEANDRE MOORE and
### DERON MITCHELL, JR.,

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Five.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT SEVEN

The Grand Jury further charges that:

On or about November 5, 2018, in the City of St. Louis, within the Eastern District of Missouri,

### DEANDRE MOORE and
### DERON MITCHELL, JR.,

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2016 Chevrolet Malibu, VIN#1G1ZH5SX9GF284512, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT EIGHT

The Grand Jury further charges that:

On or about November 5, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**DEANDRE MOORE and
DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Seven.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT NINE

The Grand Jury further charges that:

On or about November 5, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE MOORE and
DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2012 Nissan Altima, VIN#1N4AL2AP3CC197239, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TEN

The Grand Jury further charges that:

On or about November 5, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**DEANDRE MOORE and
DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Nine.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT ELEVEN

The Grand Jury further charges that:

On or about November 5, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**DEANDRE MOORE and
DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2018 Subaru Outback Sport, VIN#JF2GTAA5JH210120, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

## COUNT TWELVE

The Grand Jury further charges that:

On or about November 5, 2018, in the County of St. Louis, within the Eastern District of

Missouri,

**DEANDRE MOORE and**
**DERON MITCHELL, JR.,**

the Defendants herein, aided and abetted by one another and by others both known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Eleven.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

PAUL J. D'AGROSA #36966MO
Assistant United States Attorney